

# Fourth Court of Appeals
## San Antonio, Texas

August 1, 2014

No. 04-13-00789-CR

John Christopher **DOMINGUEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 226th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR3592
Honorable Sid L. Harle, Judge Presiding

## O R D E R

The State's brief is currently due July 30, 2014. The State filed a second motion for extension of time asking for an additional thirty days to file the brief. We **GRANT** the State request for an additional thirty days to file the brief. Accordingly, the State's brief is due in this court on or before **August 29, 2014**.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of August, 2014.

_____
Keith E. Hottle
Clerk of Court